**Glen MILLER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–5044.**

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Glen Miller, Hayden, ID, for Plaintiff–Appellant.

Margaret E. McGhee, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

Upon consideration of Glen Miller's "notice of withdrawal," which the court treats as an unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs

**Jose A. SANCHEZ–BENITEZ, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 03–7037.**

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Kyle E. Chadwick, Franklin E. White, Jr., David M. Cohen, Washington, DC, for respondent–appellee.

Linda E. Blauhut, Michael P. Horan, Washington, DC, for claimant–appellant.

### ORDER

Upon consideration of Jose A. Sanchez–Benitez's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.